959 A.2d 903

**In re Nomination Paper of Marakay ROGERS, Christina Valente and Carl J. Romanelli as Candidates of an Independent Political Body for Governor, Lieutenant Governor and U.S. Senator in the General Election of November 7, 2006**

**William R. Caroselli, Fred R. Levin, Daniel J. Anders and Peter D. Winebrake**

**Appeal of Lawrence M. Otter and Carl J. Romanelli.**

Supreme Court of Pennsylvania.

Oct. 21, 2008.

## ORDER

PER CURIAM.

AND NOW, this 21st day of October, 2008, the Order of the Commonwealth Court is **AFFIRMED,** the Request to Reopen the Record is **DENIED,** and the Motion to Quash Appeal is **DISMISSED.**

Justice TODD did not participate in the consideration or decision of this case.

Justice SAYLOR dissents.